UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE TREASURY,<br><br>        Defendant. | Civil Action No. 26-1811 (APM) |

**DEFENDANT'S FIRST PARTIAL CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, the Department of the Treasury, by and through undersigned counsel, respectfully files its first motion for extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendant seeks a thirty-one-day extension—from June 26 to July 27, 2026. The Parties conferred under Local Civil Rule 7(m). Plaintiff courteously has consented to a twenty-one day extension but does not agree to a further extension. The grounds for this motion are as follows.

Plaintiff filed its Complaint under the Freedom of Information Act ("FOIA") on May 26, 2026. ECF No. 1. The United States Attorney's Office was served with the Complaint and summons on May 27, 2026, making Defendant's response due June 26, 2026.

Defendant respectfully submits that there is good cause for the requested extension. First, due to matters and competing deadlines in many older, pending cases, undersigned counsel requires additional time to review the Complaint, investigate Plaintiff's claims, and confer with the agency. Second, the undersigned also needs more time to examine whether this case may be resolved (or the issues in dispute narrowed) without Court intervention. Third, Defendant needs

sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.  This is Defendant's first request for an extension.  There are no other existing deadlines in this case.  Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by Plaintiff's partial consent to the relief sought herein) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendant respectfully requests that the Court extend the time for Defendant to answer or otherwise respond to the Complaint as set forth in the attached proposed order.

Dated:  June 22, 2026
        Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Mason D. Bracken* _____
      MASON D. BRACKEN
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2523
      mason.bracken@usdoj.gov

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

       Plaintiff,

    v.

DEPARTMENT OF THE TREASURY,

       Defendant.

Civil Action No. 26-1811 (APM)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendant's First Partial Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendant's answer or response to the Complaint is extended until July 27, 2026.

IT IS SO ORDERED.

SIGNED:

_____
Date

_____
AMIT P. MEHTA
United States District Judge