**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:26-cv-1811 |
| v. | ) ) | |
| U.S. DEPARTMENT OF THE TREASURY, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff hereby gives notice that this action is dismissed without prejudice.

Respectfully submitted this 9th day of July, 2026,

/s/Matthew D. Hardin
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
Tel: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*
*Government Accountability & Oversight*